# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, D.C. KING, T.P. BELSKY**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**STEPHEN M. PAPPAS**
**CORPORAL (E-4), U.S. MARINE CORPS**

**NMCCA 201400218**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 5 February 2014.
**Military Judge**: Col J.K. Carberry, USMC.
**Convening Authority**: Commanding Officer, Marine Light Attack Helicopter Squadron 367, MAG 24, 1st MAW, MCBH Kaneohe Bay, HI.
**Staff Judge Advocate's Recommendation**: LtCol J.M. Hackel, USMC.
**For Appellant**: Maj Jeffrey Stephens, USMCR.
**For Appellee**: Mr. Brian Keller, Esq.

**30 September 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court